IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. EDRIAN MIRANDA, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 05-3133 ) |
| TERRY POLK, Warden, | ) ) |
| Respondent. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Respondent's Motion to Dismiss (d/e 5) Petitioner's Petition for Writ of Habeas Corpus (d/e 1). 28 U.S.C. § 2254. For the reasons set forth below, the Motion to Dismiss is ALLOWED.

Petitioner was convicted on February 19, 2004, of Aggravated Discharge of a Firearm in Sangamon County, Illinois, Circuit Court, Case No. 02-CR-7151-01. He was sentenced to nine years imprisonment. He did not appeal and has not filed a post-conviction petition in state court. 725 ILCS 5/122-1. On May 27, 2005, the Petitioner filed his Petition

alleging that his due process rights were violated when prison officials revoked six months of his statutory good-time credit.

This Court cannot consider Miranda's Petition because he has not exhausted his state remedies. 28 U.S.C. § 2254(b). Petitioner still has time to file a state post-conviction petition to challenge his February 19, 2004, conviction. 725 ILCS 5/122-1(c) (Petitioner has three years from the date of conviction to file a state post-conviction petition since he did not appeal). He may also challenge the loss of good-time credit in state court by filing an action for a writ of mandamus. See Rogers v. Prisoner Review Bd., 181 Ill.App.3d 1039, 1041-42, 537 N.E.2d 1106, 1107 (1989). Until these state remedies are exhausted, he may not seek relief in this Court. He also has not presented any good cause for staying this matter while he seeks state relief. Rhines v. Weber, __ U.S.__, 125 S.Ct. 1528, 1535 (2005).

THEREFORE, the Motion to Dismiss (d/e 5) is ALLOWED. The Petition is dismissed. All pending motions are denied as moot. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:      October 3       , 2005.

    FOR THE COURT:

                                                                 s/ Jeanne E. Scott
                                                                  JEANNE E. SCOTT
                                            UNITED STATES DISTRICT JUDGE